CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

**FILED**

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

OCT 1 6 2006

Civil Action No. _____
(To be supplied by the Clerk of the U.S. District Court)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:06CV01763

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 10/17/2006

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and ~~submit a form~~ related to any pending cases or which involves the same parties and ~~relates to the same subject matter.~~ This form must be prepared in sufficient quantity to provide one co~~py for the Judge to whom~~ cases is assigned and one copy for each defendant, so that you mu~~st serve one for each~~ defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ]  (a)    relates to common property

[X]  (b)    involves common issues of fact

[X]  (c)    grows out of the same event or transaction

[ ]  (d)    involves the validity or infringement of the same patent

[ ]  (e)    is filed by the same pro se litigant

2.  RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

John Does 1-570  v.  Bush et al    C.A. No. 05cv00313

October 14, 2006
DATE

*Barbara Olshansky* (signature)
Signature of Plaintiff/Defendant (or counsel)