**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

——————————————————————— x
                                 :

**IN RE:**                               :

**GUANTÁNAMO BAY**         :  Misc. No. 08-444 (TFH)
**DETAINEE LITIGATION**    :

——————————————————————— x
                                 :

SABAR LAL, *et al.*,           :

            Petitioners,   :

            v.          :  No. 06-CV-1763 (CKK)

GEORGE W. BUSH, *et al.*,   :

            Respondents.  :

——————————————————————— x

**STATUS REPORT**

Petitioner Sabar Lal, by and through his undersigned counsel, respectfully submits this status report in response to the Court's July 3, 2008 Order:

The instant petition was filed based on a next-friend authorization on October 16, 2006, but it appears to be a duplicate of an earlier filed petition for the same individual. Undersigned counsel are attempting to confirm whether that is in fact the case.

On June 19, 2008, Judge Kollar-Kotelly ordered that by this Friday, July 18, 2008, petitioners in this case should show cause why the petition should not be dismissed. Petitioners will file a response with the Court on that date.

- 2 -

Dated:      New York, New York
            July 14, 2008

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Shayana D. Kadidal
                              Shayana D. Kadidal (D.C. Bar No. 454248)
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel:  (212) 614-6438
                              Fax:  (212) 614-6499