**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

——————————————————— x
:
**IN RE:**                                          :
:
**PETITIONERS SEEKING HABEAS**         :    Misc. No. 08-444 (TFH)
**CORPUS RELIEF IN RELATION TO**       :
**PRIOR DETENTIONS AT**                 :
**GUANTANAMO BAY**                      :
:
——————————————————— x
:
SABAR LAL, *et al.*,                    :
:
                 Petitioners,          :
:
             v.                         :    No. 06-CV-1763 (CKK)
:
GEORGE W. BUSH, *et al.*,               :
:
                 Respondents.          :
:
——————————————————— x


**<u>RESPONSE TO ORDER TO SHOW CAUSE</u>**


Petitioner Sabar Lal, by and through his undersigned counsel, respectfully submits this response to the Court's June 19, 2008 Order to Show Cause as to any reason why this case should not be dismissed:

The instant petition was filed based on a next-friend authorization on October 16, 2006, but it appears to be a duplicate of an earlier-filed petition, 05-CV-1124, for the same individual. The individual in question appears to have been initially transferred to Pul-i-charki prison in

Afghanistan but has subsequently been released. Accordingly, petitioners do not object to dismissal of this petition.

Dated:     New York, New York
           July 18, 2008

                              Respectfully submitted,


                              _____/s/_____
                              Shayana D. Kadidal (D.C. Bar No. 454248)
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel:  (212) 614-6438
                              Fax:  (212) 614-6499

                              *Counsel for Petitioners*